IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JUNIOR ALSEPT,       :

    Plaintiff       :       Case No. 3:11CV395

v.       :       District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

HONDA OF AMERICA MFG., INC.       :

    Defendant.       :

# NOTICE

The discovery phase of this case has ended. No discovery motions referred to the undersigned Judicial Officer remain pending. The case is presently set for further proceedings, including trial, before United States District Judge Thomas M. Rose.

Pursuant to the terms of the Order referring the case to the Magistrate Judge (Doc. #7), the Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer for the discovery phase has expired;

2. No discovery motions in this case remain pending before the undersigned Judicial Officer; and

3. The remaining deadlines set by the Preliminary Pretrial Order (Doc. #7) are **CONFIRMED**.

November 2, 2012

                                                    s/Michael J. Newman
                                                       Michael J. Newman
                                             United States Magistrate Judge